**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**JL, through her next friend,**
**Bruce Thompson, Esq., et al.,**

      **Plaintiffs,**

**v.**                                                  **No. 12cv1145 MV/LAM**

**NEW MEXICO DEPARTMENT**
**OF HEALTH, et al.,**

      **Defendants.**

## ORDER GRANTING UNOPPOSED MOTION
## TO FILE AMENDED COMPLAINT

**THIS MATTER** is before the Court on *Plaintiffs' Amended Motion for Leave to File First Amended Complaint and Memorandum in Support Thereof (Doc. 99)*, filed June 6, 2013. On June 5, 2013, United States District Judge Martha Vázquez designated the undersigned to hear and determine the previously-filed on June 4, 2013, *Plaintiffs' Motion for Leave to File First Amended Complaint and Memorandum in Support Thereof (Doc. 97),*[1] in accordance with 28 U.S.C. § 636(b)(1)(A).  [*Doc. 98*].  By separate correspondence, Judge Vázquez has asked the undersigned to hear and determine Plaintiff's amended motion to file a First Amended Complaint [*Doc. 99*] pursuant to the designation in Document 98.  All Defendants consent to the filing of Plaintiff's First Amended Complaint.  *See* [*Doc. 99* at 2].  Having considered the motion, record of this case, and relevant law, the Court **FINDS** that the motion should be **GRANTED**.

---

[1] Plaintiffs' amended motion [*Doc. 99*] is amended to state that the "ENMRSH Defendants" consent to the filing of Plaintiffs' First Amended Complaint.  *See* [*Doc. 99* at 2].

**IT IS THEREFORE ORDERED** that *Plaintiffs' Amended Motion for Leave to File First Amended Complaint and Memorandum in Support Thereof (Doc. 99)* is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs shall file their First Amended Complaint by *Thursday, June 13, 2013.*

**IT IS SO ORDERED.**

*(signature)*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**