**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**JL, through her next friend,**
**Bruce Thompson, Esq., et al.,**

      **Plaintiffs,**

v.   No. 12cv1145 MV/LAM

**NEW MEXICO DEPARTMENT**
**OF HEALTH, et al.,**

      **Defendants.**

## ORDER GRANTING UNOPPOSED MOTION
## TO EXTEND DEADLINE TO FILE MOTIONS TO COMPEL

**THIS MATTER** is before the Court on the *Agreed Motion for Extension of Deadline to Move to Compel Di[s]covery Responses (Doc. 125)* filed by Plaintiffs and Defendants ENMRSH, Houfek, Spencer and Zia Holding Corporation ("ENMRSH Defendants") on August 29, 2013. On July 25, 2013, Plaintiffs and ENMRSH Defendants filed their first motion to extend their deadline to file motions to compel to August 30, 2013 (*Doc. 118*), which the Court granted by text-only order (*Doc. 119*). In this second motion to extend their deadline to file motions to compel, the parties state that they have been unable to meet the August 30, 2013 deadline because ENMRSH Defendants' counsel was out of state and because Plaintiffs' counsel did not receive the letter stating what supplementation was requested until August 12, 2013. [*Doc. 125*]. The parties state that they will complete their supplemental answers and responses by September 9, 2013, and they ask that their deadline to file motions to compel be extended from August 30, 2013 to September 24, 2013. Having considered the motion and record of the case, the Court **FINDS** that the motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the *Agreed Motion for Extension of Deadline to Move to Compel Di[s]covery Responses (Doc. 125)* is **GRANTED**, and Plaintiffs and ENMRSH Defendants shall complete their supplemental answers and responses by **September 9, 2013**, and have until **September 24, 2013** to file their motions to compel.  *These deadlines will not be further extended absent a showing of exceptional circumstances, and vacations and press of business are not usually considered to be exceptional circumstances.*

**IT IS SO ORDERED.**

*[signature: Lourdes A. Martínez]*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**