IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JL, through her next friend,
Bruce Thompson, Esq., et al.,

      Plaintiffs,

v.                                            No. 12cv1145 MV/LAM

NEW MEXICO DEPARTMENT
OF HEALTH, et al.,

      Defendants.

## ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on Plaintiffs' *Agreed Motion to Extend the Deadlines Set Forth in the Court's Scheduling Order [Doc. 53]* *(Doc. 201)*, filed December 3, 2013. In the motion, the parties ask for a twelve-week extension of the deadlines set in the scheduling order in this case. Having considered the motion and the record of the case, the Court **FINDS** that the motion is well-taken and shall be **GRANTED.**

**IT IS THEREFORE ORDERED** that the Plaintiffs' *Agreed Motion to Extend the Deadlines Set Forth in the Court's Scheduling Order [Doc. 53]* *(Doc. 201)* shall be **GRANTED,** and the following Pre-Trial Deadlines are extended as follows:

| | |
|---|---|
| **Plaintiffs shall identify experts and provide reports by:** | **February 28, 2014** |
| **Defendants shall identify experts and provide reports by:** | **May 2, 2014** |
| **Expert depositions shall be completed by:** | **May 28, 2014** |
| **Termination of discovery:** | **May 1, 2014** |
| **Motions relating to discovery:** | **May 21, 2014** |
| **Pretrial motions other than discovery motions:** | **June 10, 2014** |

**Pretrial Order: Plaintiffs to Defendants:**          August 29, 2014

**Pretrial Order: Defendants to Court:**          September 12, 2014

*These deadlines shall not be extended again without approval of the Court upon a motion setting forth exceptional cause for extension. The press of other cases, vacations and intervening holidays is not usually considered to be "exceptional" circumstances.*

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**