IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JL, through her next friend,
Bruce Thompson, Esq., et al.,

      Plaintiffs,

v.                                  No. 12cv1145 MV/LAM

NEW MEXICO DEPARTMENT
OF HEALTH, et al.,

      Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

MATTER(S) TO BE HEARD:    To set a fairness hearing pursuant to the *Order Granting Plaintiffs' Motion to Set Fairness Hearing* [*Doc. 330*].

Pursuant to that Order, the only parties allowed to attend this hearing shall be: Plaintiffs; the Guardians *ad Litem* that have been appointed for each Plaintiff; and Defendants Eastern New Mexico Mental Retardation Services, Damian Houfek, Robert B. Spencer, Zia Holding Company, and The Robert B. Spencer Foundation.

The parties shall be prepared to discuss: (1) the appointment of Guardians *ad Litem* for Plaintiffs JL, EH, RH and KC for purposes of approval of the partial settlement; (2) the issue of Plaintiff RH's death; and (3) whether the hearing shall be telephonic or in-person.

DATE AND TIME OF HEARING:    Tuesday, April 14, 2015 @ 2:00 p.m.

LOCATION:    U.S. Courthouse and Federal Building, 5th Floor,
100 N. Church, Las Cruces, NM, before
U.S. Magistrate Judge LOURDES A. MARTÍNEZ

    Counsel for Plaintiffs shall be responsible for initiating the call. The use of a reliable long distance carrier is recommended.

**IT IS SO ORDERED.**

_Lourdes A. Martínez_
**LOURDES A. MARTÍNEZ
UNITED STATES MAGISTRATE JUDGE**