UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JL, through her next friend, Bruce Thompson, Esq., et al.

       Plaintiffs,

v.                                                                 No. 12-CV-1145 MV/LAM

NEW MEXICO DEPARTMENT OF HEALTH, et al.,

       Defendants.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on State Defendants' Opposed Motion Seeking Litigation Stay Until Such Time as the Court Determines State Defendants' Motions for Qualified Immunity ("Motion to Stay"), [Doc. 221], and DOH Defendants' Motion and Supporting Memorandum for Extension of Time to Respond to Plaintiffs' Motion for Partial Summary Judgment [Doc. 211] Based on Need for Discovery as Shown by Fed. R. Civ. P. 56(d) ("Motion Pursuant to Rule 56(d)"), [Doc. 249]. The Court, having considered the motions, briefs, and relevant law, and being otherwise fully informed, finds that the Motion to Stay [Doc. 221] is denied and the Motion Pursuant to Rule 56(d) [Doc. 249] is granted.[1]

**SO ORDERED** this 29th day of September, 2015.

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

---

[1] This order disposes of the motions at issue. The Court will, however, at a later date, issue a memorandum opinion more fully detailing the rationale for its decisions.

1