UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JL, through her next friend, Bruce Thompson,
Esq., et al.,

    Plaintiffs,

v.                                                                                              Civ. No. 12-1145 MV/GJF

NEW MEXICO DEPARTMENT OF HEALTH,
et al.,

    Defendants.

## ORDER GRANTING PLAINTIFFS' MOTION TO SET FAIRNESS HEARING

THIS MATTER is before the Court on Plaintiffs' "Motion to Set Fairness Hearing" ("Motion") [ECF No. 516]. In their Motion, Plaintiffs ask the Court to set a fairness hearing to approve the settlement of all disputed matters between all Plaintiffs and the New Mexico Department of Health, Los Lunas Center for Persons with Developmental Disabilities, Retta Ward, Beth Schaefer, Dan Sandoval, Roger Adams, and Joseph Mateju ("State Defendants"). Plaintiffs further ask the Court to close the fairness hearing to the public and all other parties with the exception of Plaintiffs and their representatives, the State Defendants and their representatives, and the Court-appointed Guardians ad Litem. The presiding judge in this case has referred the Motion to the undersigned to hear and determine pursuant to the provisions of 28 U.S.C. § 636(b)(1)(A) and Federal Rule of Civil Procedure 72(a). *See* ECF No. 523. Having considered the Motion, reviewed the record, and being otherwise fully advised, the Court FINDS the Motion to be well-taken and will GRANT it.

1

**IT IS THEREFORE ORDERED** that a fairness hearing shall take place on **Monday, February 6, 2017, at 1:00 p.m.** at the **United States Courthouse, Dona Ana Courtroom, 100 N. Church Street, Las Cruces, New Mexico**.

**IT IS FURTHER ORDERED** that the fairness hearing shall be attended by all settling parties and Guardians ad Litem and shall be **CLOSED** to the public and to the other named Defendants.

**IT IS FURTHER ORDERED** that any reports regarding this settlement submitted to the Court be filed **UNDER SEAL**.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE